UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSAN B. LONG, ET AL.,

    Plaintiffs,

    v.

DEPARTMENT OF HOMELAND SECURITY,

    Defendant.

Civil Action No. _____

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR A PRELIMINARY INJUNCTION**

This matter comes before the Court upon Motion of Plaintiffs Susan B. Long, David Burnham, and Larry Katzman, for a preliminary injunction [Docket No. _____]; and the Court having reviewed plaintiffs' submissions and considered the matter; and good cause having been shown;

It is on this _____ day of _____, 2006, ORDERED that:

1. Defendant shall process plaintiffs' FOIA requests in an expedited manner;

2. Defendant shall within 20 days of this order produce all documents responsive to plaintiffs' requests; and

3. Defendant shall within 30 days of this order produce, pursuant to *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), an index of documents withheld from production, identifying the claimed statutory exemption

DC: 2135498-1

- 2 -

and explaining how disclosure would damage the interests protected by the claimed exemption.

_____
United States District Judge