# Exhibit C

(ORDER LIST: 547 U.S.)

MONDAY, APRIL 3, 2006

ORDERS IN PENDING CASES

05M76       MEISELMAN, ANNETTE V. BYROM, ERIC, ET AL.

05M77       LeMAY, FRED J. V. UNITED STATES

The motions to direct the Clerk to file petitions for writs of certiorari out of time are denied.

05-259      BURLINGTON NO. & SANTA FE R. V. WHITE, SHEILA

The motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument is granted. The time is to be divided as follows: 25 minutes for the petitioner, 25 minutes for the respondent, and 10 minutes for the Solicitor General.

05-465      MOHAWK INDUSTRIES, INC. V. WILLIAMS, SHIRLEY, ET AL.

The motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument is granted.

05-6551     CUNNINGHAM, JOHN V. CALIFORNIA

The motion of petitioner for appointment of counsel is granted. Peter Gold, Esquire, of San Francisco, California, is appointed to serve as counsel for the petitioner in this case.

05-9212     LaFRENIERE, ZAKARIAH V. TRUSTEES OF CA STATE UNIV.

The motion of petitioner for leave to proceed *in forma pauperis* is denied. Petitioner is allowed until April 24, 2006, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of

1

the Rules of this Court.

**CERTIORARI GRANTED**

| | | |
|---|---|---|
| 05-547 | ) | LOPEZ, JOSE A. V. GONZALES, ATT'Y GEN. |
| | ) | |
| 05-7664 | ) | TOLEDO-FLORES, REYMUNDO V. UNITED STATES |

The motion of petitioner for leave to proceed *in forma pauperis* in No. 05-7664 and the petitions for writs of certiorari are granted. The cases are consolidated and a total of one hour is allotted for oral argument.

**CERTIORARI DENIED**

| | |
|---|---|
| 05-671 | TX DEPT. OF PUB. SAFETY V. ESPINOZA, JULIE D., ET AL. |
| 05-680 | RE, RANDALL, ET AL. V. UNITED STATES |
| 05-932 | LYRICK STUDIOS, INC. V. BIG IDEA PRODUCTIONS, INC. |
| 05-936 | LEAVITT, SEC. OF H&HS V. BAYSTATE HEALTH SYSTEMS, ET AL. |
| 05-946 | GESCHKE, IRENE M. V. AIR FORCE ASSN., ET AL. |
| 05-950 | NYSTROM, RON V. TREX CO., INC., ET AL. |
| 05-957 | LEONICHEV, ALEXEY, ET UX. V. VALLEY PRESBYTERIAN HOSPITAL |
| 05-960 | STALEY, THOMAS C. V. STALEY, PAMELA S. |
| 05-972 | EMMANUEL, EUGENE V. INT'L BHD. OF TEAMSTERS |
| 05-993 | DAVIS, GLENN V. TUCSON, AZ |
| 05-995 | JIANG, FEI V. GONZALES, ATT'Y GEN. |
| 05-999 | COLLINS, HOUSTON, ET AL. V. AINSWORTH, FRANK, ET AL. |
| 05-1004 | SEBASTIAN, DAVID V. GONZALES, ATT'Y GEN. |
| 05-1016 | EDWARDS, ANDREW C. V. IRVINE CO. |
| 05-1043 | ROBIN SINGH EDUCATIONAL SERVICES V. TEST MASTERS EDUCATIONAL |
| 05-1077 | NELSON, PENNY V. OPM |
| 05-1081 | WEBB, ANN T. H., ET AL. V. DALLAS, TX, ET AL. |
| 05-1112 | JENSEN, DOUGLAS V. UNITED STATES |
| 05-7521 | KAPPELL, ALBERT J. V. UNITED STATES |

| | |
|---|---|
| 05-8045 | HARJUSI, BAJRAM V. MINNESOTA |
| 05-8330 | YOUNG, CLINTON L. V. TEXAS |
| 05-8350 | BAHENA-CARDENAS, ESTEBAN V. UNITED STATES |
| 05-8370 | OSUNA-ZEPEDA, JOSE V. UNITED STATES |
| 05-8394 | TURNER, DARRYL D. V. ALABAMA |
| 05-8412 | LACKEY, ROBERT H. V. KANSAS |
| 05-8873 | SAMSON, GREGORY J. V. LONG, WARDEN, ET AL. |
| 05-8874 | SCOTT, ELBERT G. V. DRETKE, DIR., TX DCJ |
| 05-8878 | CHAVEZ, TONY V. DRETKE, DIR., TX DCJ |
| 05-8882 | JOST, FREDERICK K. V. LOCKYER, ATT'Y GEN. OF CA |
| 05-8884 | BRUCE, TONY D. V. FLORIDA |
| 05-8893 | VAUGHN, GEORGE A. V. BUSH, PRESIDENT OF U.S., ET AL. |
| 05-8897 | DE LA PLATA, JOHNNY M. V. REVELL, TIMOTHY J., ET AL. |
| 05-8906 | HIRSCH, JOHN A. V. SUPREME COURT OF NH |
| 05-8913 | FLIPPO, JAMES M. V. McBRIDE, WARDEN |
| 05-8915 | GILBERT, HERBERT V. BAY AREA RAPID TRANSIT, ET AL. |
| 05-8917 | PETERS, GARY L. V. MICHIGAN |
| 05-8921 | LYONS, PHILLIP J. V. WHORTON, DIR., NV DOC, ET AL. |
| 05-8935 | CLAY, MICHAEL V. ARKANSAS |
| 05-8939 | BUFFINGTON-BENNETT, KATHRYN V. TEXAS |
| 05-8940 | BRIDGEFORTH, TERRANCE R. V. OKLAHOMA |
| 05-8941 | BLOOMINGBURG, ALLEN V. ILLINOIS |
| 05-8950 | HURST, JERRY A. V. WILKINS, DORIS |
| 05-8953 | HOGAN, LEE W. V. McBRIDE, WARDEN |
| 05-8958 | WALTERS, DAVID A. V. JONES, WARDEN |
| 05-8959 | WYGNANSKI, DANIEL V. NEVADA, ET AL. |
| 05-8960 | WAY, BURNEY C. V. McDONOUGH, INT. SEC., FL DOC |
| 05-8963 | DEY, EUGENE A. V. CALIFORNIA |

| | |
|---|---|
| 05-8973 | RIGGINS, RICHARD P. V. TEXAS |
| 05-8977 | SHOWALTER, MARK T. V. BRAXTON, WARDEN |
| 05-8978 | TEIXEIRA, LUKE C. V. TEXAS |
| 05-8979 | WATSON, BARRY V. MILLER, WARDEN |
| 05-8981 | CARTER, JEREMY W. V. GUNDY, WARDEN |
| 05-8984 | RANDOLPH, SAMUEL B. V. PENNSYLVANIA |
| 05-8985 | SANTILLAN, CHRISTOPHER V. ROPER, SUPT., POTOSI |
| 05-8987 | CORBIN, BILL A. V. PICKRON, SHARLOTTE |
| 05-8989 | SCOTT, MICHAEL A. V. WESTERN CORR. INST. |
| 05-8998 | BENTLEY, MATTHEW S. V. McKEE, WARDEN |
| 05-9009 | GRAZIANO, PETER V. NEW YORK |
| 05-9031 | MEDINA, ADIEL V. MASSACHUSETTS |
| 05-9034 | AGUILAR, ARTURO V. INDIANA |
| 05-9044 | HEYZA, RICHARD V. WHITE, WARDEN |
| 05-9057 | INTHAVONG, OSA V. EVANS, ACTING WARDEN, ET AL. |
| 05-9071 | JOHNSON, MARCUS R. V. TERRY, WARDEN |
| 05-9086 | BOND, CARL D. V. McDONOUGH, INT. SEC., FL DOC |
| 05-9114 | GRAYER, FREDERICK V. McKEE, WARDEN |
| 05-9118 | RILEY, SHANNON B. V. KENTUCKY CABINET FOR FAMILIES |
| 05-9149 | SIMS, MARIO L. V. INDIANA |
| 05-9163 | PHILLIPS, MURLIN V. MISSOURI |
| 05-9199 | WALKER, JAMES V. FLORIDA |
| 05-9218 | D. A. D. V. FL DEPT. OF CHILDREN & FAMILIES |
| 05-9255 | CAMP, VERNON M. V. SD BD. OF PARDONS AND PAROLES |
| 05-9354 | SMART, MICHAEL C. V. DEPT. OF ARMY |
| 05-9478 | MARTIN, ADAM E. V. UNITED STATES |
| 05-9481 | VERDUZCO-PADILLA, IGNACIO V. UNITED STATES |
| 05-9484 | CEJA-GARCIA, JOSE V. UNITED STATES |

4

| | |
|---|---|
| 05-9486 | LLOYD, TONY O. V. UNITED STATES |
| 05-9487 | JOSE, BRYSON, ET AL. V. UNITED STATES |
| 05-9489 | MURPHY, KENNETH R. V. UNITED STATES |
| 05-9494 | CALDWELL, DONALD V. UNITED STATES |
| 05-9499 | LINDO, ZAZA L. V. UNITED STATES |
| 05-9506 | BAUTISTA-RAMOS, RICARDO V. UNITED STATES |
| 05-9508 | BOGGS, GREG V. UNITED STATES |
| 05-9509 | NASH, WENDELL V. UNITED STATES |
| 05-9510 | MILLER, ERNEST C. V. UNITED STATES |
| 05-9511 | MACKIE, DAMIAN V. UNITED STATES |
| 05-9512 | KILES, CHARLES D. V. UNITED STATES |
| 05-9514 | PICKARD, WILLIAM L. V. UNITED STATES |
| 05-9515 | SCOTT, BEVERLY V. UNITED STATES |
| 05-9517 | CASHAW, JAMES O. V. UNITED STATES |
| 05-9522 | MOXLEY, HARVEY L. V. UNITED STATES |
| 05-9523 | MILLER, MARCUS V. UNITED STATES |
| 05-9527 | AROCHO, REINALDO A. V. UNITED STATES |
| 05-9532 | MERCADO-ESPINOZA, DAVID V. UNITED STATES |
| 05-9534 | COX, TYRONE O. V. UNITED STATES |
| 05-9535 | ESTELAN, WILKERSON V. UNITED STATES |
| 05-9546 | JUAREZ, JOSE N. V. UNITED STATES |
| 05-9547 | LOPEZ-SANCHEZ, JOSE O. V. UNITED STATES |
| 05-9550 | VALLADARES, ROBERTO V. UNITED STATES |
| 05-9551 | WILSON, JAMES E. V. UNITED STATES |
| 05-9553 | SAPP, JEFFERY V. UNITED STATES |
| 05-9557 | BACON, TONY J. V. UNITED STATES |
| 05-9560 | HILL, DAVID V. UNITED STATES |
| 05-9563 | FILOCOMO, RONALD V. UNITED STATES |

| | |
|---|---|
| 05-9567 | HINSON, LEO V. UNITED STATES |
| 05-9570 | BULL CHILD, KENNETH M. V. UNITED STATES |
| 05-9571 | CASAS, ANGEL V. UNITED STATES |
| 05-9585 | MONTEJANO-QUINTANAR, LORENZO V. UNITED STATES |
| 05-9589 | BOWIE, KENNETH E. V. UNITED STATES |
| 05-9600 | GARCIA-ARELLANO, SERGIO V. UNITED STATES |

    The petitions for writs of certiorari are denied.

| | |
|---|---|
| 05-933 | EL PASO PROPERTIES, INC. V. SIERRA CLUB, ET AL. |

    The motion of Northwest Mining Association, et al. for leave to file a brief as *amici curiae* is granted.  The petition for a writ of certiorari is denied.

| | |
|---|---|
| 05-8914 | HARRIS, MAURICE L. V. CALIFORNIA |

    The motion of Friends of Maurice Harris for leave to file a brief as *amici curiae* is granted.  The petition for a writ of certiorari is denied.

| | |
|---|---|
| 05-9507 | ARONOWITZ, ALAN I. V. UNITED STATES |
| 05-9529 | WILLIAMS, NATHANIEL V. UNITED STATES |
| 05-9543 | RODRIGUEZ, ANTHONY V. UNITED STATES |

    The petitions for writs of certiorari are denied.  Justice Alito took no part in the consideration or decision of these petitions.

## HABEAS CORPUS DENIED

| | |
|---|---|
| 05-1143 | IN RE RICHARD FUSELIER |
| 05-9590 | IN RE JOHN M. BEAIRD |
| 05-9607 | IN RE DELMAS SEXTON |
| 05-9703 | IN RE LAWRENCE BLACKWELL |

    The petitions for writs of habeas corpus are denied.

**MANDAMUS DENIED**

05-8988      IN RE DENNIS G. CLAIBORNE

        The petition for a writ of mandamus is denied.

05-8951      IN RE K. A. ISRAEL

        The petition for a writ of mandamus and/or prohibition is denied.

**REHEARINGS DENIED**

05-651       FOX, CALVIN D. V. FLORIDA, ET AL.

05-7868      ISOM, BENNIE L. V. UNITED STATES

05-8000      BAILEY, DEREK M. V. DRETKE, DIR., TX DCJ

05-8030      WILSON, ERIC V. UNITED STATES

05-8037      CHAVEZ-QUIROZ, MARGARITO V. UNITED STATES

05-8472      IN RE ANTHONY ANDREWS

        The petitions for rehearing are denied.