# Exhibit E

Copyright 2006 The Chronicle Publishing Co.
All Rights Reserved
THE SAN FRANCISCO CHRONICLE (California)

May 2, 2006 Tuesday
FINAL Edition

**SECTION:** NEWS; Pg. A1

**LENGTH:** 1239 words

**HEADLINE: A MILLION SAY: LET US ALL STAY;**
REPERCUSSION: A backlash could hamper chances for reform

**BYLINE:** Carolyn Lochhead, Chronicle Washington Bureau

**DATELINE:** Washington

**BODY:**

Organizers intended Monday's "A Day Without Immigrants" to prod Congress to allow the nation's more than 11 million illegal immigrants a chance to become citizens. But if anything, the rallies seemed to energize House foes of such a policy and put its supporters -- a bipartisan coalition in the Senate and President Bush -- on the defensive against conservatives angered by the sight of demonstrators waving Mexican flags and singing a Spanish-language version of the Star Spangled Banner.

Many politicians of both parties in Washington see expanded legal immigration as a danger to their electoral prospects in the short term because it angers voters worried about the large influx of low-wage workers but a big political benefit in the long term as the Latino vote grows rapidly.

Several leading backers of the bipartisan Senate approach for expanded legal immigration, including Sen. Edward Kennedy, D-Mass., Sen. Mel Martinez, R-Fla., and New Mexico Gov. Bill Richardson, a Democrat, worried that Monday's plan to walk off jobs and hold marches and protest rallies could generate a backlash.

House Majority Leader John Boehner, R-Ohio, denounced a resolution passed last week by the California Senate endorsing the work boycott, and he challenged House Democratic leader Nancy Pelosi of San Francisco to do the same.

"The brazen support of California Democrats for this walkout amounts to a reckless endorsement of policies that make our nation and our borders less secure," Boehner said in a statement. "Nancy Pelosi and her Capitol Hill Democrats should explain to the American public whether they support California's Democrat leaders who defied their oath to uphold the laws of the land. If Nancy Pelosi cannot bring herself to denounce this stunt, it will serve as yet another signal of Democrats' support for open borders, weak enforcement and more illegal immigration."

Pelosi's office did not respond. Indeed, as more than 1 million people, largely Latino, rallied in Los Angeles, San Francisco, Chicago and other cities, Washington's politicians were unusually quiet. Bush said last week that he opposed the boycott, but hasn't spoken out against rallies or marches.

"So far this is a lose-lose issue for the Republican Party," said Marshall Wittman, a political analyst with the centrist Democratic Progressive Policy Institute. "It has both alienated their base and many in the Latino community."

06 0878

FILED

MAY 1 0 2006

Polls show the broad public "is right in the middle of the immigration issue and want some kind of comprehensive solution and are turned off by extremes at either end," Wittman said. "What is happening right now is the extremes are playing off each other. Those who lean toward amnesty are playing right into the hands of the conservative right."

Several large Midwest meatpackers, including Cargill and Tyson Foods, closed a number of large plants in anticipation of the boycott, which organizers hoped would show Americans how dependent they are on immigrant labor in a raft of industries, from restaurants, hotels and nursing homes to meatpacking, farms and construction.

Research by the Pew Hispanic Center estimates that illegal immigrants make up 5 percent of the U.S. labor force. Illegal immigrants arriving since 2000 make up 12 percent of all workers in construction and 10 percent in leisure and hospitality, which together account for 40 percent of the employment of all newly arrived unauthorized workers.

California farmers and the United Farm Workers Union by and large worked cooperatively to schedule time off to participate in the rallies, said Dave Kranz, spokesman for the California Farm Bureau Federation. "We have a common goal here to try to see a comprehensive immigration reform package," Kranz said

Businesses are mostly in league with immigrant rights groups on reform proposals and are among the most powerful supporters of legislation backed by the Senate and the White House that would legalize undocumented workers and provide a guest worker program for new entrants. The United Farm Workers union and the agriculture industry back a provision in the Senate bill, sponsored by Sen. Dianne Feinstein, D-Calif., that would legalize 1.5 million farm workers over the next five years.

But the rallies angered a Latino group organized by the anti-illegal immigration Federation for American Immigration Reform. At a "You Don't Speak for Me" press conference in Washington, several legal Latino immigrants called proposals to provide illegal immigrants a path to citizenship unfair and warned against a "reconquista" of the United States by illegal Mexican immigrants.

Miguel Cruz, who came to the United States from Peru at age 9 and works for the Social Security Administration, said Monday's demonstrators "are demonstrating that they really are not immigrants. They don't act like immigrants. They don't behave like immigrants. Immigrants are those who come here legally and those who remain here legally. ... Immigrants are proud and grateful to be here and eager to learn English, eager to assimilate and acculturate. Real immigrants will embrace and obey the laws of America."

The boycott has split immigrants rights groups, some of whom fear the movement that began in March with spontaneous protests in several cities is being hijacked by others with different agendas. Many of those protests focused on a provision of a House-passed immigration bill that would make it an aggravated felony to reside illegally in the country.

The Senate Judiciary Committee, in a proposal now stalled, rejected the provision to criminalize illegal immigrants and passed a package that would toughen border security, create a guest worker program and establish a program to allow those in the country illegally to become legal, permanent residents.

Sen. Lamar Alexander, R-Tenn., who supports the Senate proposal, introduced a bill Monday to make the national anthem and other "statements of national unity" officially English, a response to a recent dust-up over a Spanish-language version of the Star Spangled Banner released by the record label Urban Box Office.

The national anthem should be sung in English, "not French, German, Russian, Hindi or Chinese, the second most widely spoken foreign language after Spanish, or Spanish," Alexander said. "In this land of immigrants, let's sing it together as one American nation in our common language, English."

Richardson, the New Mexico Democratic governor, who is of Mexican heritage, called Monday's demonstrations "a distraction from what the real issue is, and that's the need for comprehensive immigration

reform. And I would rather have those demonstrators go to each of the congressional offices ... and explain to their representatives how important this issue is."

Richardson also agreed that the anthem should be sung in English. "Most immigrants want to become American," he said. "They want to learn English. They want to be part of the American mainstream. They wear NFL jerseys."

Secretary of State Condoleezza Rice weighed in on the anthem debate Sunday, skirting Bush's strong statement last week that the anthem should be sung in English.

"I've heard the national anthem done in rap versions, country versions, classical versions," Rice said. "The individualization of the American national anthem is quite under way. I think what we need to focus on is an immigration policy that is comprehensive and that recognizes our laws and recognizes our humanity."

**GRAPHIC:** PHOTO
Magdalena Porras, center, was one of thousands of marchers on Market Street heading toward a rally at the Civic Center. / Frederic Larson / The Chronicle

**LOAD-DATE:** May 2, 2006