# Exhibit F

Copyright 2006 The New York Times Company
The New York Times

May 2, 2006 Tuesday
Late Edition - Final

**SECTION:** Section A; Column 6; National Desk; THE IMMIGRATION DEBATE: THE OVERVIEW; Pg. 1

**LENGTH:** 1274 words

**HEADLINE: Immigrants Take to U.S. Streets in Show of Strength**

**BYLINE:** By RANDAL C. ARCHIBOLD; Reporting for this article was contributed by Cindy Chang from Los Angeles, Steve Friess from Las Vegas, Carolyn Marshall from Watsonville, Calif., and Gretchen Ruethling from Chicago.

**DATELINE:** LOS ANGELES, May 1

**BODY:**

Hundreds of thousands of immigrants and their supporters skipped work, school and shopping on Monday and marched in dozens of cities from coast to coast.

The demonstrations did not bring the nation to a halt as planned by some organizers, though they did cause some disruptions and conveyed in peaceful but sometimes boisterous ways the resolve of those who favor loosening the country's laws on immigration.

Originally billed as a nationwide economic boycott under the banner "Day Without an Immigrant," the day evolved into a sweeping round of protests intended to influence the debate in Congress over granting legal status to all or most of the estimated 11 million illegal immigrants in the country.

The protesters, a mix of illegal immigrants and legal residents and citizens, were mostly Latino, but in contrast to similar demonstrations in the past two months, large numbers of people of other ethnicities joined or endorsed many of the events. In some cases, the rallies took on a broader tone of social action, as gay rights advocates, opponents of the war in Iraq and others without a direct stake in the immigration debate took to the streets.

"I think it's only fair that I speak up for those who can't speak for themselves," said Aimee Hernandez, 28, one of an estimated 400,000 people who turned out in Chicago, the site of one of the largest demonstrations. "I think we're just too many that you can't just send them back. How are you going to ignore these people?"

But among those who favor stricter controls on illegal immigration, the protests hardly impressed.

"When the rule of law is dictated by a mob of illegal aliens taking to the streets, especially under a foreign flag, then that means the nation is not governed by a rule of law -- it is a mobocracy," Jim Gilchrist, a founder of the Minutemen Project, a volunteer group that patrols the United States-Mexico border, said in an interview.

While the boycott, an idea born several months ago among a small group of grass-roots immigration advocates here, may not have shut down the country, it was strongly felt in a variety of places, particularly those with large Latino populations.




FILED

MAY 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Stores and restaurants in Los Angeles, Chicago and New York closed because workers did not show up or as a display of solidarity with demonstrators. In Los Angeles, the police estimated that more than half a million people attended two demonstrations in and near downtown. School districts in several cities reported a decline in attendance; at Benito Juarez High School in Pilsen, a predominantly Latino neighborhood in Chicago, only 17 percent of the students showed up, even though administrators and some protest organizers had urged students to stay in school.

Lettuce, tomatoes and grapes went unpicked in fields in California and Arizona, which contribute more than half the nation's produce, as scores of growers let workers take the day off. Truckers who move 70 percent of the goods in ports in Los Angeles and Long Beach, Calif., did not work.

Meatpacking companies, including Tyson Foods and Cargill, closed plants in the Midwest and the West employing more than 20,000 people, while the flower and produce markets in downtown Los Angeles stood largely and eerily empty.

Israel Banuelos, 23, and more than 50 of his colleagues skipped work, with the grudging acceptance of his employer, an industrial paint plant in Hollister, Calif.

"We were supposed to work," Mr. Banuelos said, "but we wanted to close down the company. Our boss didn't like it money-wise."

The economic impact of the day's events was hard to gauge, though economists expected a one-day stoppage to have little long-term effect. In large swaths of the country, life went on with no noticeable difference. But protesters in numerous cities, many clad in white and waving mostly American flags in response to complaints that earlier rallies featured too many Latin American ones, declared victory as chanting throngs shut down streets.

Most of the demonstrators' ire was directed at a bill passed by the House that would increase security at the border while making it a felony for an illegal immigrant to be in the country or to aid one. The marchers generally favored a plan in the Senate, for which President Bush has shown signs of support, that would include more protection at the border but offer many illegal workers a path to citizenship.

Still, the divide among advocates over the value and effectiveness of a boycott resulted in some cities, including Los Angeles and San Diego, playing host to two sizable demonstrations, one organized by boycotters and the other by people neutral or opposed to it.

That split played out across the country. While many business owners warned employees about taking the day off, many others also sought to negotiate time off or other ways to register workers' sentiments.

Las Vegas casinos reported few disruptions, partly because many of their owners announced their support for workers at a news conference last week. On Monday, more than 40 casinos set up tables in employee lunchrooms for workers to sign pro-immigration petitions.

Leaders of Local 226 of the Culinary Workers Union also urged members to go to work. The union is Las Vegas's largest hospitality union, representing 50,000 workers, of which 40 percent are Hispanic.

Smaller businesses in Las Vegas, where tens of thousands of demonstrators gathered on the Strip, also took a hit. Javier Barajas said he closed his family's four Mexican restaurants in Las Vegas because members of his staff warned him they would not show up, costing him more than $60,000 in revenue.

"I cannot fire anybody over this, but I would have liked to see some other way to express themselves," said Mr. Barajas, who was once an illegal immigrant from central Mexico but became a United States citizen. "It's the small businesses that are hurt by this."

For many immigrants, however, it was just another workday.

At a Home Depot in Hollywood, day laborers as always crowded parking lot entrances, hoping for work. At a car wash in the Echo Park neighborhood of Los Angeles, employees buzzed, with workers vacuuming, buffing and drying cars. People lined up at markets, though some reported slower business.

"I was thinking about not buying things, but then I needed to buy stuff," said Alex Sanchez, 28, a construction worker buying an avocado, chilies and beer.

The boycott grew from an idea hatched by a small band of grass-roots advocates in Los Angeles, inspired by the farmworker movement of the 1960's led by Cesar Chavez and Bert Corona. Through the Internet and mass media catering to immigrants, they developed and tapped a network of union organizers, immigrant rights groups and others to spread the word and plan events tied to the boycott, timed to coincide with International Workers' Day.

The Los Angeles organizers said some 70 cities held boycott activities.

The day spawned all manner of supportive actions here. A department store chain offered space for lawyers to give legal advice to immigrants; in Hollywood, the comedian Paul Rodriguez appeared at the comedy club the Laugh Factory to promote a daylong health care fair for immigrant workers.

In Chicago, there was solidarity in diversity, as Latinos were joined by immigrants of Polish, Irish, Asian and African descent. Jerry Jablonski, 30, said he had moved to Chicago from Poland six years ago, flying to Mexico and then crossing the border. He now works a construction job.

"Poland is my old country," Mr. Jablonski said. "This is my new country. I can make everything happen here."

**URL:** http://www.nytimes.com

**GRAPHIC:** Photos: CAUSE -- Hundreds of thousands of people marched in Chicago, where demonstrators filled a downtown street. (Photo by Charles Rex Arbogast/Associated Press)
EFFECT -- Some businesses in downtown Los Angeles closed in a show of support for immigrant rights. (Photo by J. Emilio Flores for The New York Times)(pg. A1)
Truck drivers gathered yesterday near the Port of Los Angeles to show support for immigrants' rights. (Photo by Monica Almeida/The New York Times)(pg. A18)

**LOAD-DATE:** May 2, 2006