# Exhibit G


# TRAC

Transactional Records Access Clearinghouse
Syracuse University

February 2, 2006

FOIA/PA Section
Information Disclosure Unit
Mission Support Division
Office of Investigations
U.S. Immigrations and Customs Enforcement
425 I Street, NW - Room 4038
Washington, D.C. 20536

SUBMITTED VIA FACSIMILE TO: (202) 616-7612

RE: FOIA request for statistical report or other source for figures furnished to the Department of Justice

Office of Investigations:

It has come to our attention that the Department of Homeland Security maintains statistical data on the nature of underlying offenses of aliens with criminal records who are ordered removed from the U.S. In a recently-filed legal brief in Lopez v Gonzales, attorneys for the Department of Justice wrote at page 10 that "The Department of Homeland Security has informed this Office that, in Fiscal year 2005, more than 77,000 aliens with criminal records were ordered removed from the United States, and that approximately 9.5% of those aliens had arrests for drug possession offenses." The brief was signed by filed by the U.S. Solicitor General, an Assistant Attorney General, and two attorneys for the Department of Justice. A copy of the brief is attached.

We assume the basis or underlying source for the Solicitor General's above quoted statement on the number of aliens removed with criminal records who had been arrested for drug possession offenses was an ICE statistical report. If this is true, under the provisions of the Freedom of Information Act, we ask for a copy of the full statistical report. If our assumption is not true, we ask for copies of whatever source the above quoted numbers were ultimately based upon. Our interest is in obtaining a copy of a more detailed breakdown on the numbers of aliens with criminal records ordered removed by the nature of their offenses.

We request that we be classified as "a representative of the news media" under the provisions of the Freedom of Information Act and as representatives of "an educational or non-commercial scientific institution, whose purpose includes scholarly, scientific research". TRAC is a research data center at Syracuse University and carries out an active program of scholarly research. TRAC actively seeks to promote public understanding of the operation of the federal government through the gathering and dissemination of information. At TRAC, we actively gather information of interest to the public, transform this information utilizing our editorial and research expertise into various works, such as computerized knowledge bases and electronic and print reports, and make these works available to the public.

06 0878

WWW: http://trac.syr.edu       E-mail: trac@syr.edu
Syracuse: 488 Newhouse II, Syracuse, NY 13244-2100 Tel: (315)443-3563
Washington, D.C: Suite 200, 1718 Connecticut Avenue, N.W. 20009 Tel: (202)518-9020

FILED

MAY 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Information Disclosure Unit                                                                 Page 2

    We also request a full waiver of fees, pursuant to 28 U.S.C. 16.11. Disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the federal government. As you know there is wide public interest in facts concerning the number of aliens with criminal records, their classification by the nature of their criminal offense(s), and their ultimate removal. Accordingly these records are being sought to assist us in preparing our regularly-published reports on immigration enforcement made available through our web site (http://trac.syr.edu).

    We further call your attention to the strict time limits set for furnishing requested records set under 5 U.S.C. 552 and ask for your prompt action and response on this request. Please mail the materials you provide to us pursuant to this request to our Washington, D.C. office:

        Transactional Records Access Clearinghouse
        ATTN: Larry Katzman
        1718 Connecticut Avenue, NW. #200
        Washington, DC 20009

Should you have any questions about our request, or if we can be of any assistance to facilitate the processing of this request, please contact Katzman at 202-518-9000, ext. 2. Thank you very much.

        Sincerely,

        Larry Katzman, Manager
        TRAC Immigration Project

        Susan B. Long
        Co-Director, TRAC and Associate Professor
        Management Information and Decision Sciences
        Martin J. Whitman School of Management

        David Burnham Co-Director, TRAC and
        Associate Research Professor,
        Newhouse School of Public Communications

Attachment: Copy of Legal Brief, Lopez v Gonzales