# Exhibit H

# TRAC

Transactional Records Access Clearinghouse
Syracuse University

March 8, 2006

FOIA/PA Section
Information Disclosure Unit
Mission Support Division
Office of Investigations
U.S. Immigrations and Customs Enforcement
425 I Street, NW - Room 4038
Washington, D.C. 20536

SUBMITTED VIA CERTIFIED MAIL

RE: Follow-up to FOIA requests

Information Disclosure Unit:

TRAC has recently submitted two requests via facsimile to your office (fax #: 202-616-7612; obtained from the ICE website), under the Freedom of Information Act (FOIA). We have received no receipt of materials pursuant to either request nor written acknowledgement of their receipt. Further, I called your office on March 2, at 202-353-8906, to inquire about their status. This is the phone number listed on the ICE website for FOIA contacts. Calling this number got me directly into a voice mail message for a person named Andrea Terwilliger, though I am not certain that this is the correct spelling of this person's name. I left a voice mail message, informing her of these two FOIA requests and asking for a call back to confirm their receipt by ICE and information as to when I can expect to receive the requested information. To date, I have received no phone call nor a faxed or written communication.

The first FOIA request, faxed to your office on February 2, 2006, concerns aliens with criminal records who are removed. The second request, faxed on February 14, 2006, pertains to the detention of aliens. Copies of both requests, with attachments, are attached to this letter. We are concerned at the lack of response from your office particularly in light of the timeliness of the topics addressed in these requests. Please provide us with an acknowledgement and a time frame for the fulfillment of our FOIA requests, pursuant to the Freedom of Information Act. Please reply to the Washington DC address and phone below. Thank you very much.

Sincerely,

Larry Katzman, Manager
TRAC Immigration Project

06 0878

FILED
MAY 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachments: FOIA requests dated February 2, 2006 and February 14, 2006.