# Exhibit N

Home > People and Programs > Faculty and Staff Directory > **Profile**

# People and Programs
## Faculty and Staff Directory

### Susan Long
Associate Professor
Director, TRAC Research Center
Managerial Statistics

Room 508
Whitman School of Management
Syracuse University

Phone:     3336
Email:     suelong@syr.edu
Homepage:  http://whitman.syr.edu/facstaff/suelong/

PhD *(sociology)*, University of Washington

**Research Interests:** Professor Long's research interests include measurement and evaluation methods, e-government and information technology, data mining, and data visualization methods appropriate for large transactional data. She has served as an expert witness in litigation on information technologies with respect to public disclosure, and on the use of statistical evidence in evaluating government policy. See http://trac.syr.edu.

**Selected Publications**

"Data Warehouses and Data Mining Tools for the Legal Profession: Using Information Technology to Raise the Standard of Practice"(With Linda Roberge and David Burnham), forthcoming in *Syracuse Law Review*, Volume 52, Book 4.

"Design and Delivery of Online Mining Tools: Turning Government Data Into Usable Information" (with Linda Roberge and David Burnham), Proceedings of the *3rd World Congress on the Management of Electronic Commerce*, January 16, 2002. Hamilton, Ontario, Canada.

**Teaching Interests** She teaches courses in research methods, regression and structural equation models, confirmatory factor analysis, data visualization technologies, database development/design and computer-assisted reporting. She received the school's Outstanding Faculty Award for Exceptional Teaching in 1995.

©Copyright 2006. Martin J. Whitman School of Management
721 University Avenue
Syracuse University, Syracuse, NY 13244-2450
(315)443-3751 webmaster@mail.whitman.syr.edu

06 0878

FILED

MAY 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT