UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Civil Action No. 06-CV-00878 (PLF) |

AFFIDAVIT OF SERVICE

I, Roger A. Ford, served the Summons, Complaint, and Motion for a Preliminary Injunction (with Declaration and Exhibits) on May 10, 2006, on the following party:

    Kenneth L. Wainstein
    United States Attorney for the District of Columbia
    Civil Division
    501 Third Street NW, Fourth Floor
    Washington DC 20001

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 10, 2006            ROGER A. FORD

DC: 2135893-1