**Exhibit 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION     :
CENTER,                            :
                                   :
          Plaintiff,               :
                                   :
     v.                            : Civil Action No. 03-2078 (JR)
                                   :
U.S. DEPARTMENT OF JUSTICE,        :
                                   :
          Defendant.               :

ORDER

     Plaintiff moves for a preliminary injunction "enjoining
defendant Department of Justice from continuing to deny plaintiff
expedited processing of plaintiff's Freedom of Information Act
request." An injunction restraining the denial of a request --
once the double negatives are sorted out -- is a writ of
mandamus. A preliminary mandatory injunction would effectively
grant all the relief plaintiff seeks. The showing offered by
plaintiff in support of its motion does not address the
quintessential element of mandamus, that the official act
demanded by the movant be nondiscretionary. The motion for
preliminary injunction [3] is accordingly **denied**, without
prejudice to plaintiff's right to seek an expedited form of the
de novo judicial review contemplated by FOIA. As it does not
appear from the docket that the government has yet been served

with plaintiff's motion, counsel are directed to serve this order upon government counsel by conventional means.  It is **SO ORDERED**.


                              JAMES ROBERTSON
                         United States District Judge


                              - 2 -