UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG, ET AL.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　Defendant. | Civil Action No. 1:06cv00878 (PLF) |

**PLAINTIFFS' UNCONTESTED MOTION TO ADMIT ROGER A. FORD *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), plaintiffs respectfully move for the admission *pro hac vice* of Roger A. Ford, Esq., to practice before the United States District Court for the District of Columbia in the above captioned action. In support of this motion, plaintiffs submit (1) the Certification of Roger A. Ford, and (2) a proposed form of Order. Counsel for defendant DHS have informed plaintiffs that they consent to this motion. Plaintiffs do not request oral argument.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/
May 18, 2006　　　　　　　　　　　　　ALAN A. PEMBERTON
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 367108

　　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING
　　　　　　　　　　　　　　　　　　　　1201 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-2401
　　　　　　　　　　　　　　　　　　　　(202) 662-6000

　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs