UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSAN B. LONG, ET AL.,

    Plaintiffs,

    v.

DEPARTMENT OF HOMELAND SECURITY,

    Defendant.

Civil Action No. 1:06cv00878 (PLF)

### CERTIFICATION OF ROGER A. FORD

ROGER A. FORD, of full age, hereby certifies as follows:

1. My full name is Roger Allan Ford.

2. I am an attorney associated with the firm of Covington & Burling. My office address and telephone number are:

> Roger A. Ford
> Covington & Burling
> 1201 Pennsylvania Ave. NW
> Washington DC 20004
>
> (202) 662 6000

3. I am admitted to the Bar of Massachusetts, BBO No. 664675. I am also admitted *pro hac vice* to the United States District Court for the District of New Jersey.

4. I have never been disciplined by any bar.

5. I have never been admitted *pro hac vice* to the United States District Court for the District of Columbia.

- 2 -

6. I engage in the practice of law from an office located within the District of Columbia. I have an application pending for admission to the Bar of the District of Columbia, and I practice under the supervision of principals of my firm, pursuant to D.C. Court of Appeals Rule 49.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Executed on: May 18, 2006            ROGER A. FORD