## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUSAN B. LONG, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,**<br><br>Defendant. | Civil Action No. 1:06cv00878 (PLF) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS'
### UNCONTESTED MOTION TO ADMIT ROGER A. FORD *PRO HAC VICE*

This matter comes before the Court upon Motion of Plaintiffs Susan B. Long, David Burnham, and Larry Katzman, to admit Roger A. Ford, Esq., of the firm Covington & Burling, to the Bar of this Court *pro hac vice* [Docket No. _____]; and the Court having reviewed plaintiffs' submissions and considered the matter; and good cause having been shown;

It is on this _____ day of May, 2006, ORDERED that Roger A. Ford, Esq., be permitted to appear *pro hac vice* in this matter.

_____
Hon. PAUL L. FRIEDMAN
United States District Judge