UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
SUSAN B. LONG, <u>et</u> <u>al.</u>,           )
                                            )
                Plaintiffs,                 )
        v.                                  )
                                            )        Civil Action No. 06-0878
DEPARTMENT OF HOMELAND                      )
SECURITY,                                   )
                                            )
                Defendant.                  )
_____)

ORDER

On May 10, 2006, plaintiffs filed a complaint and motion for preliminary

injunction seeking to obtain information pursuant to the Freedom of Information Act.  The Court

denied the plaintiffs' motion for preliminary injunction on June 28, 2006.  In standard cases, the

parties at this juncture of the proceedings would be obliged to comply with Local Civil Rule 16.3

and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure.  Local Civil Rule 16.3(b),

however, exempts FOIA actions from these requirements.  <u>See</u> LCvR 16.3(b).  It is the Court's

experience that this exemption for FOIA actions avoids inefficient and unnecessary effort on the

part of the parties since such cases invariably are decided by motion.  Defendant has not filed a

motion to dismiss or, in the alternative, a motion for summary judgment since the plaintiffs'

motion for preliminary injunction was denied.  Accordingly, it is hereby

ORDERED that defendant shall file a motion to dismiss or, in the alternative, a motion for summary judgment on or before October 23, 2006.  No extensions of time will be granted except for good cause shown.

SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  August 22, 2006

2