UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Civil Action No. 1:06cv00878 (PLF) |

PLAINTIFFS' NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs submit this notice of dismissal without prejudice of the above-captioned case.

Respectfully submitted,

September 6, 2006

/s/
ALAN A. PEMBERTON
D.C. Bar No. 367108

COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000

Counsel for Plaintiffs